## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| **RILDA FIRKINS**, on behalf of herself and on behalf of all other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>**COMMUNICATIONS DATA GROUP, INC., DUO COUNTY TELEPHONE COOPERATIVE CORPORATION, INC. and CUMBERLAND CELLULAR, LLC D/B/A DUO BROADBAND**,<br><br>    Defendant. | Case No. 1:25-cv-00084-GNS<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF RILDA FIRKIN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day the Court considered Plaintiff Rilda Firkin's Voluntary Dismissal of her claims against Defendant Communications Data Group, Inc., Duo County Telephone Cooperative Corporation, Inc. and Cumberland Cellular, LLC d/b/ Duo Broadband.

IT IS HEREBY ORDERED that Plaintiff Rilda Firkin's Voluntary Dismissal of her claims against Defendant Communications Data Group, Inc., Duo County Telephone Cooperative Corporation, Inc. and Cumberland Cellular, LLC d/b/ Duo Broadband, without prejudice is GRANTED.

Signed this:   June 23, 2025

Greg N. Stivers, Chief Judge
United States District Court